EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | |
|---|---|
| | 2011 TSPR 145 |
| | 182 DPR ___ |
| Francisco A. Padilla Rodríguez | |

Número del Caso: TS-2725


Fecha: 21 de septiembre de 2011


Colegio de Abogados de Puerto Rico:


Lcdo. Israel Pacheco Acevedo


Materia: Conducta Profesional- La suspensión de la Notaría será efectiva el 3 de octubre de 2011 fecha en que se le notificó al abogado de su suspensión inmediata.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Francisco A. Padilla Rodríguez                TS-2725

PER CURIAM

En San Juan Puerto Rico a 21 de septiembre de 2011.

El Lcdo. Francisco A. Padilla Rodríguez fue admitido al ejercicio de la abogacía el 26 de noviembre de 1965 y juramentó como notario el 13 de diciembre de 1995.

I.

El 13 de junio de 2011, compareció ante nos el Colegio de Abogados de Puerto Rico, y expresó que el abogado de epígrafe tiene al descubierto el pago de la prima de su fianza notarial, la cual venció en el mes de noviembre de 2010.

Así las cosas, el 20 de junio de 2011, emitimos una Resolución mediante la cual se le concedió un término de veinte días al licenciado Padilla Rodríguez para mostrar causa por la cual no debía ser

suspendido del ejercicio de la notaría. Asimismo, se le apercibió al licenciado Padilla Rodríguez que el incumplimiento con los términos de dicha Resolución conllevaría la suspensión del ejercicio de la notaría y podría conllevar sanciones disciplinarias adicionales.

No obstante, el licenciado Padilla Rodríguez incumplió con nuestros requerimientos.

II.

El Art. 7 de la Ley Notarial de 1987, Ley Núm. 75 de 2 de julio de 1987, 4 L.P.R.A. sec. 2011, impone como uno de los requisitos para ejercer la notaría en Puerto Rico la prestación y vigencia de una fianza por una suma no menor de quince mil dólares ($15,000) para responder por el buen desempeño de las funciones del notario.

Reiteradamente hemos expresado que un notario que no cuenta con la protección que ofrece la fianza constituye un peligro, no sólo para el tráfico jurídico, sino para las personas que a diario utilizan sus servicios. In re Asencio Márquez, 176 D.P.R. 598 (2009); In re Velázquez Beveraggi, 166 D.P.R. 624 (2005). Por ello, el no hacer gestiones para renovar el pago de la prima de la fianza notarial constituye una falta de respeto a este Tribunal. Íd.; In re Ribas Dominicci I, 131 D.P.R. 491 (1992).

De igual forma, hemos expresado que todo abogado tiene el deber y la obligación de responder diligentemente a los requerimientos y las órdenes de este Tribunal, principalmente cuando se trata de un procedimiento disciplinario en su contra. In re Janet Rivera Rosado, res. el 25 de enero de

2011, 2011 T.S.P.R 18; In re Cubero Feliciano I, 175 D.P.R. 794 (2009).

## III.

Por los fundamentos que anteceden, se suspende inmediata e indefinidamente al Lcdo. Francisco A. Padilla Rodríguez del ejercicio de la notaría. Asimismo, se le apercibe al abogado de epígrafe que en el futuro deberá cumplir cabalmente con el ordenamiento que rige el desempeño de la profesión jurídica y, en específico, con nuestros requerimientos y órdenes. Finalmente, el Alguacil de este Tribunal deberá incautar la obra y el sello notarial del Lcdo. Francisco A. Padilla Rodríguez y entregarlos a la Directora de la Oficina de Inspección de Notarias para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Francisco A. Padilla Rodríguez          TS-2725


SENTENCIA

En San Juan Puerto Rico a 21 de septiembre de 2011.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente Sentencia, se suspende inmediata e indefinidamente al Lcdo. Francisco A. Padilla Rodríguez del ejercicio de la notaría. Asimismo, se le apercibe al abogado de epígrafe que en el futuro deberá cumplir cabalmente con el ordenamiento que rige el desempeño de la profesión jurídica y, en específico, con nuestros requerimientos y órdenes. Finalmente, el Alguacil de este Tribunal deberá incautar la obra y el sello notarial del Lcdo. Francisco A. Padilla Rodríguez y entregarlos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo